LEWIS & LLEWELLYN LLP
Marc R. Lewis (Bar No. 233306)
mlewis@lewisllewellyn.com
Rebecca F. Furman (Bar No. 294082)
bfurman@lewisllewellyn.com
Nathalie Fayad (Bar No. 312619)
nfayad@lewisllewellyn.com
601 Montgomery Street, Suite 2000
San Francisco, California 94111
Telephone:   (415) 800-0590
Facsimile:    (415) 390-2127

Attorneys for Plaintiff/Counter-Defendant
NEVADA DEANZA FAMILY
LIMITED PARTNERSHIP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEVADA DEANZA FAMILY LIMITED PARTNERSHIP, a Limited Partnership,<br><br>Plaintiff,<br>v.<br><br>TESORO REFINING & MARKETING COMPANY LLC, a Delaware Corporation, MARATHON PETROLEUM CORPORATION, a Delaware Corporation, and MARATHON PETROLEUM COMPANY LP, a Delaware Corporation,<br><br>Defendants, | No. 5:19-cv-3773-NC<br><br>Judge Hon. Nathanael Cousins<br>Court Room: 5<br><br>**NOTICE OF SETTLEMENT**<br><br>Trial Date:           September 13, 2021<br>Complaint Filed:  June 28, 2019 |
| TESORO REFINING & MARKETING COMPANY LLC,<br>Counter-Claimant<br><br>v.<br><br>NEVADA DEANZA FAMILY LIMITED PARTNERSHIP, a Limited Partnership,<br><br>Counter-Defendant. | |

PLEASE TAKE NOTICE that Plaintiff/Counter-Defendant Nevada Deanza Family LP ("NDF"), Defendant/Counter-Claimant Tesoro Refining & Marketing Company LLC, and Defendants Marathon Petroleum Corporation and Marathon Petroleum Company LP (all Defendants collectively "Defendants"), and Intervening Party First Element Fuel, Inc. ("FEF") (collectively, the "Parties") have reached a settlement in the above-reference case. The Parties expect the conditions of settlement to be fulfilled within 30 days. A formal settlement agreement will be circulated among the Parties for review and approval. Once all appropriate signatures have been obtained, an executed Stipulation for Request for Dismissal of the entire action will be filed.

A Case Management Conference is currently scheduled for July 14, 2021 at 10:00 a.m. The Parties respectfully request that the Case Management Conference be taken off calendar.

IT IS SO STIPULATED.

Dated: June 22, 2021          LEWIS & LLEWELLYN LLP


                              By:   */s/ Nathalie Fayad*
                                    Nathalie Fayad

                              Attorneys for Plaintiff NEVADA DEANZA
                              FAMILY LIMITED PARTNERSHIP

Dated: June 22, 2021          WILSON, ELSER, MOSKOWITZ,
                              EDELMAN & DICKER LLP


                              By:   */s/ Scott T. Tropio*
                                    Scott Tropio

                              Attorneys for Defendants and Counter-claimants,
                              TESORO REFINING & MARKETING
                              COMPANY LLC, MARATHON PETROLEUM
                              CORPORATION, AND MARATHON
                              PETROLEUM COMPANY LP

**FILER'S ATTESTATION**

Under L.R. 5-4.3.4(a)(2)(ii), the filer hereby attests that all other signatories to this document concur in the content of, and have authorized, this filing.

Dated: June 22, 2021          /s/ *Nathalie Fayad*
                              Nathalie Fayad