July 27, 2021

U.S. District Court for the Northern District of California
San Jose Courthouse
280 South 1st Street, San Jose, CA 95113

Re: *Nevada Deanza Family Limited Partnership v. Tesoro Refining & Marketing Company LLC, et al.,* Case No. 5:19-cv-3773 NC

Dear Judge Cousins,

Pursuant to the Clerk's notice dated June 22, 2021, (Dkt. 161), the Parties submit the following status update to the Court.

The Parties are in the final stages of negotiating the terms of the Settlement Agreement and expect it to be finalized within the next 14 days after which the Parties shall execute an agreed Stipulation of Dismissal with Prejudice within 10 days of receipt of payment per the terms of the Settlement Agreement.

Respectfully submitted,

*/s/ Nathalie Fayad*

Nathalie Fayad
Lewis & Llewellyn LLP
Counsel for Plaintiff and Counterdefendant
Nevada Deanza Family Limited Partnership

*/s/ Scott T. Tropio*

Scott T. Tropio
Wilson, Elser, Moskowitz, Edelman & Dicker LLP
Counsel for Defendants Tesoro Refining & Marketing Company LLC, Marathon Petroleum Corporation, Marathon Petroleum Company LP